IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHEYENNE SAULMON,<br><br>Plaintiff,<br><br>v.<br><br>QPS EMPLOYMENT GROUP, INC.,<br><br>Defendant. | Case No. 4:20-cv-157<br>**Iowa District Ct. Case No. LALA004400**<br><br>**NOTICE OF REMOVAL** |

**COMES NOW** Defendant QPS Employment Group, Inc. ("Defendant") through its attorneys, MWH Law Group LLP, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby removes the above-captioned cause of action from the Iowa District Court for Jefferson County to the United States District Court, Southern District of Iowa, Central Division. In support thereof, Defendant states the following:

1. This action was originally filed by Plaintiff against Defendant on or about April 18, 2020 in the Iowa District Court in and for Jefferson County, entitled *Cheyenne Saulmon v. QPS Employment Group, Inc.*, Case No. LALA004400. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the

- Original Notice
- Petition at Law
- Return of Original Service

is attached as **Exhibit 1**.

2. Personal service was made upon Defendant on April 28, 2020.

1

3. This case may be removed from the Iowa District Court in and for Jefferson County to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court based on diversity of the parties.

4. This is a civil action in which Plaintiff is alleging wrongful termination. Plaintiff seeks past lost wages, future lost wages, damages for mental suffering and the costs of this suit. The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

5. Defendant, QPS Employment Group, Inc. is the sole Defendant in this action. QPS Employment Group, Inc. is incorporated and has its principal place of business in Brookfield, Wisconsin, and is deemed to be a citizen of Wisconsin pursuant to 28 U.S.C. 1332(c)(1).

6. Plaintiff is a citizen and resident of Kirksville, Missouri.

7. The time for filing this notice of removal has not run because thirty (30) days has not expired since April 28, 2020, the date on which the Defendant was personally served with the Original Notice and Petition at Law.

9. Pursuant to Local Rule 81(a), Defendant states that this is the only matter currently pending in the state court that will require resolution. Defendant has not been served with and is not aware of any other process, pleadings, and/or orders in the action pending in the Iowa District Court for Jefferson County.

10. Counsel that has appeared on behalf of Plaintiff in state court is:

W. Tyler Logan, AT0004711
1229 Grand Avenue
Keokuk, Iowa 52632
Ph: 319-795-9079

       Fax. 319-524-8643
       Email:  Ty@TyLoganLaw.com

11. This Notice of Removal is being served upon the Plaintiff's counsel by mail and is being filed with the Clerk of the Iowa District Court in and for Jefferson County.

**WHEREFORE**, Defendant gives notice that the above-captioned action now pending against it in the Iowa District Court in and for Jefferson County is removed therefrom to the United States District Court for the Southern District of Iowa, Central Division.

       Respectfully submitted,

       */s/ Kerrie M. Murphy*
       */s/ Julie T. Bittner*
       */s/ Logan Kraus*
       Kerrie M. Murphy, AT0005576
       Julie T. Bittner, AT0009719
       Logan Kraus, AT0013433
       MWH LAW GROUP LLP
       1501 42nd Street, Suite 465
       West Des Moines, IA 50266-1090
       Telephone: (515) 453-8509
       Facsimile: (515) 267-1408
       E-mail: kerrie.murphy@mwhlawgroup.com
       E-mail: julie.bittner@mwhlawgroup.com
       E-mail: logan.kraus@mwhlawgroup.com
       *Attorneys for Defendant*

**PROOF OF SERVICE**

I hereby certify that on May 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Julie T. Bittner*

I further certify that on May 18, 2020 I mailed a copy of the foregoing to opposing counsel at the address listed below:

>W. Tyler Logan, AT0004711
>1229 Grand Avenue
>Keokuk, Iowa 52632
>Ph:  319-795-9079
>Fax. 319-524-8643
>Email:  Ty@TyLoganLaw.com

*/s/ Tracy Hendrickson*