

# IOWA DISTRICT COURT FOR \_\_\_\_**JEFFERSON**\_\_\_\_ COUNTY

CHEYENNE SAULMON,
Plaintiff(s)

vs.

QPS EMPLOYMENT GROUP, INC.,
Defendant(s)

CASE NO. _____

**ORIGINAL NOTICE**

TO THE ABOVE-NAMED DEFENDANT(S):

     You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action.  A copy of the petition (and any documents filed with it) is attached to this notice. The name(s) and address(es) of the attorney(s) for the plaintiff(s) (is) (are) W. Tyler Logan, 1229 Grand Ave., Keokuk, Iowa  52632.
The attorney's(s') phone number(s) (is) (are) 319-795-9079 facsimile number(s) 319-524-8643.

     You are further notified that the above case has been filed in a county that utilizes electronic filing.  Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for \_\_\_\_**Jefferson**\_\_\_\_ County, at the courthouse in \_\_\_\_**Fairfield**\_\_\_\_, Iowa, judgment by default will be rendered against you for the relief demanded in the petition.  Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

     If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at \_\_\_\_(641) 684-6502\_\_\_\_. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT:**  YOU ARE ADVISED TO SEEK LEGAL ADVICE TO PROTECT YOUR INTERESTS.

---

© The Iowa State Bar Association 2020
IowaDocs®

Form No. 301, Original Notice for Personal Service
Revised January 2016

# STATE OF IOWA JUDICIARY

Case No. LALA004400
County Jefferson

Case Title  SAULMON, CHEYENNE VS QPS EMPLOYMENT GROUP

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(641) 684-6502**  . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued  04/20/2020 03:12:26 PM



District Clerk of  Jefferson          County

/s/ Jennifer Nelson

IN THE IOWA DISTRICT COURT FOR JEFFERSON COUNTY

| | |
|---|---|
| CHEYENNE SAULMON, ) | |
| Plaintiff, ) | Cause No. |
| ) | |
| vs. ) | PETITION AT LAW |
| ) | |
| QPS EMPLOYMENT GROUP, INC., ) | |
| Defendant. ) | |

Comes Now, the plaintiff in the above titled matter, by and through her attorney, W. Tyler Logan, and in support of her cause of action states:

1. Plaintiff is an adult above the age of 21 who resides in Kirksville, Missouri.

2. Defendant is a Wisconsin Corporation with a branch location at 1805 West Jefferson Avenue, Suite 3, Fairfield, Iowa 52556.

3. Plaintiff was employed by defendant when she was injured at work on or about July 15, 2019.

4. Due to her injury, plaintiff was working light duty for her employer when on or about August 2, 2019 the defendant notified the plaintiff that light duty would no longer be an option.

5. Due to her injury, plaintiff was unable to perform full duty work, so the removal of the light duty option was effectively a termination of plaintiff due to her work injury.

6. As plaintiff continued to treat for her injuries, on or about September 1, 2019, her treating physician released her to return to work without restrictions.

7. Terminating plaintiff by denying her light duty while her work injury healed is against

1

the public policy of Iowa.

Wherefore plaintiff prays the Court to award her damages for past lost wages, future lost wages and mental suffering in amounts to fairly compensate her for the defendant's wrongful termination of her employment, against public policy, and for such other relief as the Court may determine in the interests of justice and equity.

_____
W. Tyler Logan    #AT0004711
1229 Grand Avenue
Keokuk, Iowa  52632
ph: 319-795-9079
fax: 319-524-8643
email: Ty@TyLoganLaw.com

## AFFIDAVIT OF SERVICE

STATE OF IOWA   )
                )    Case No: _LALA 004400_
COUNTY OF POLK  )    Date Received: _4/28/20_

I, being first duly sworn, depose and say that I received and served:

- [X] Original Notice
- [X] Petition
- [ ] Jury Demand
- [ ] Subpoena
- [ ] Petition for Dissolution of Marriage
- [ ] Order for Pretrial Conference and Discovery
- [ ] Family Law Case Requirements Order
- [ ] Notice of Termination of Tenancy
- [ ] Confidential Information Form
- [ ] Verification of Account
- [ ] Order Re: Mediation of Temporary Matters and Setting Hearing
- [ ] Notice of Forfeiture of Real Estate Contract
- [ ] Order
- [ ] Application for Rule to Show Cause
- [ ] Rule to Show Cause
- [ ] Application for Hearing of Temporary Issues
- [ ] Summons
- [ ] Complaint
- [ ] Notice to Quit – Notice of Nonpayment of Rent and Notice of Termination of Rental Agreement
- [ ] Appearance and Answer
- [ ] Notice Non-judicial Foreclosure
- [ ] Notice to Quit
- [ ] Exhibit _____
- [ ] Other _____
- [ ] Attachments

Person Served: _QPS Employment Group Inc_
Date Served: _4-28-20_ / _12:10_ A.M./**P.M.**
_400 E. Court DSM, IA_
(Address)

Manner of Service
- [ ] Personally
- [ ] Dwelling House, to person residing therein who was over the age of 18.
- [ ] Apartment Building
- [ ] Spouse, who lives at the dwelling house.
- [X] Corporation/State Official

_C/o National Registered Agents Inc_
NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED

Service Fee: _65_

Subscribed and sworn to me by Wendy Young this _28_ day of _April_ 2020.

_____
Notary Public for the State of Iowa

SCOTT C. GRATIAS
Commission Number 171348
My Commission Expires
October 01, 2020